IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RICHARD R. CADMUS, Jr., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:15-CV-045 |
| ROBERT T. WILLIAMSON, et al., | ) By: Michael F. Urbanski |
| Defendants | ) United States District Judge |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion entered this day, the court makes the following findings:

1. The court **ADOPTS** the report and recommendation (ECF No. 56) to the extent consistent with this opinion.

2. The court **GRANTS** Williamson's motion to dismiss the original complaint (ECF No. 14). All claims for monetary damages alleged against Williamson in his official capacity are **DISMISSED with prejudice**. Claims for injunctive relief alleged against Williamson in his official capacity are **DISMISSED without prejudice**. Claims for monetary damages alleged against Williamson in his individual capacity are also **DISMISSED without prejudice**.

3. The court **GRANTS** Nicholson's motion to dismiss the original complaint (ECF No. 25). All claims for monetary damages alleged against Nicholson in his official capacity are **DISMISSED with prejudice**. Claims for injunctive relief alleged against Nicholson in his official capacity are also **DISMISSED without prejudice**.

1

Claims for monetary damages alleged against Nicholson in his individual capacity are **DISMISSED without prejudice**.

4. The court **GRANTS** Cook's motion to dismiss the original complaint (ECF No. 22). All claims alleged against Cook in either her official or individual capacity are **DISMISSED with prejudice**.

5. The court **GRANTS in part** and **DENIES in part** Cadmus' motion to amend (ECF No. 29). Cadmus may file an amended complaint within **fourteen (14) days**, asserting any claim not dismissed with prejudice.

6. The court **DENIES** Cadmus' motion to stay consideration of the report and recommendation, to conduct jurisdictional discovery, and to compel disclosure of the identities of unnamed, "John Doe" defendants (ECF No. 64).

It is **SO ORDERED**.

Entered: 03-09-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge